UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MITCHELL MUSTAINE,

    Plaintiff,                                     Case No. 3:20-cv-504

vs.

MONTGOMERY COUNTY BOARD          District Judge Michael J. Newman
OF COUNTY COMMISSIONERS, *et al.*,     Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

## ORDER OF REFERENCE FOR THE PURPOSE OF MEDIATION ONLY

    Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby referred to Magistrate Judge Peter B. Silvain, Jr. for the purpose of assigning this case for mediation.

    **IT IS SO ORDERED**.

  October 7, 2022                              s/Michael J. Newman
                                                         Hon. Michael J. Newman
                                                         United States District Judge