UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MITCHELL MUSTAINE,

    Plaintiff,

vs.

MONTGOMERY COUNTY BOARD
OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.

Case No. 3:20-cv-504

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

  December 22, 2022                        s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge